UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DANNY HACKETT, JR., | Case No. 17-cv-07018-VC (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

      On December 8, 2017, Danny Hackett, Jr., a state prisoner, filed a document with the Court which was opened by the Clerk of the Court as a habeas corpus action. On the same day the action was opened, the Clerk sent a notice to Hackett informing him that his action could not go forward until he filed a completed petition for a writ of habeas corpus on the Court's form. The Clerk also sent a notice to Hackett directing him to submit the $5.00 filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application. The Clerk sent Hackett a blank habeas corpus petition form and a blank IFP application and told him that he must file the petition and either pay the fee or return the completed IFP application within twenty-eight days of the date of the notice or his action would be dismissed.

      More than twenty-eight days have passed, and Hackett has not filed a completed petition, paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

      IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. Any motion to reopen must contain a completed habeas corpus petition form as well as a completed prisoner's IFP application

      The Clerk shall terminate all pending motions and close the file

      **IT IS SO ORDERED.**

Dated: February 14, 2018

VINCE CHHABRIA
United States District Judge